

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00203-CR

Nathon Louis **GOMEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 11, Bexar County, Texas
Trial Court No. 456829
Honorable Tommy Stolhandske, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, appellant's motion to dismiss this appeal is GRANTED, and this appeal is DISMISSED.

SIGNED May 13, 2015.

_____
Karen Angelini, Justice